AO 247 Amended WA,E (02/08)   Order Regarding Motion for Sentence Reduction

## UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 17 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 2:06CR00033-001 |
| JULIUS LEWIS | ) | USM No: 11462-085 |
| | ) | |
| Date of Previous Judgment: 12/19/2006 | ) | Stephan R. Hormel |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of __180__ months **is reduced to** __172 months__.

Except as provided above, all provisions of the judgment dated __12/19/2006__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 8/6/2009

Judge's signature

The Honorable Justin L. Quackenbush    Senior Judge, U.S. District Court
Printed name and title

Effective Date: _____
(if different from order date)